

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2020

No. 04-20-00355-CV

Forrest M. **MIMS**, Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN, TEXAS**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1304-CV-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

After we granted Appellants' first motion for extension of time to file their brief, we set Appellants' brief due on October 26, 2020. Before the once-extended due date, Appellants filed an unopposed second motion for a thirty-day extension of time to file the brief until November 25, 2020.

Appellants' motion is GRANTED. Appellants' brief is due on November 25, 2020. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court